# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
### Southern District of New York

Mag. Judge Dkt. No. 06mj1775          Date _____6/04/2020_____

_____ USAO No. _____

The Government respectfully requests the Court to dismiss without prejudice the __X__ Complaint _____ Removal Proceedings in

*United States v.* Khuram Zia, Muhammad N. Ali, Mohammed Anwar, Ghaffar Cheema
_____

The Complaint/Rule 40 Affidavit was filed on __Dec. 22, 2006__

*Sarah Kushner*
ASSISTANT UNITED STATES ATTORNEY

Sarah L. Kushner
(Print name)

__X__ U.S. Marshals please withdraw warrant.

**SO ORDERED:**

*Katharine H. Parker*
UNITED STATES MAGISTRATE JUDGE

6/29/2020
DATE

Distribution:   White → Court      Yellow → U.S. Marshals      Green → Pretrial Services      Pink → AUSA Copy